**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

Paulette Parks
Civil Case No. 1:19-cv-01413-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Paulette Parks, and hereby

respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants

in Civil Action No. 1:19-cv-01413.

Dated: October 27, 2025     By: */s/ Andrew F. Kirkendall*
              Andrew F. Kirkendall
              Texas Bar No. 24050882
              Alexander G. Dwyer
              Texas Bar No. 24054271
              Kirkendall Dwyer LLP
              4343 Sigma Rd., Ste 200
              Dallas, TX 75244
              Phone: 214-271-4027
              Fax: 214-253-0629
              ak@kirkendalldwyer.com
              ad@kirkendalldwyer.com

              *Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 27, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.


By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall

*Attorney for Plaintiff*